### 21435. ARNOLD v. ARNOLD.

HEAD, Presiding Justice. The exceptions are to an order sustaining a demurrer and an oral motion to strike the defendant's answer and to a judgment in an action upon a

contract for the payment of alimony. The action is not an alimony case within the provisions of the Constitution, Art. VI, Sec. II, Par. IV (*Code Ann.* § 2-3704). *Hayes v. Hayes,* 191 Ga. 237 (11 SE2d 764). A different result can not be reached because there appear in the record certified to this court 17 pages pertaining to other litigation between the parties, which were not made a part of the record in the action upon the contract. The Court of Appeals, and not this court, has jurisdiction of the writ of error.

*Transferred to the Court of Appeals. All the Justices concur.*

SUBMITTED NOVEMBER 13, 1961—DECIDED NOVEMBER 13, 1961.

*Jean E. Johnson, Sr.,* for plaintiff in error.
*Pittman & Crowe,* contra.

*Transferred to the Court of Appeals. All the Justices concur.*